AO 91 (Rev. 11/11) Criminal Complaint

**FILED**

FEB 1 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

United States of America )
v. )
David HUME ) Case No. 1:13 · mj · 00040 SKO
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1-3-2013 to 1-30-2013__ in the county of __Fresno__ in the

__Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) | Receipt/Distribution of Child Pornography |
| 18 U.S.C. 2422(b) | Coercion/Enticement of a Minor |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

John Simmons, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 14, 2013

_____
*Judge's signature*

City and state: __Fresno, California__    Sheila K. Oberto, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

County of Fresno

Re: In Support of
Criminal Complaint

**David HUME**
**5188 East Ashlan #110**
**Fresno, California 93727**

## AFFIDAVIT

I, John Simmons, being duly sworn, hereby state as
follows:

1.   I am employed as a Special Agent (SA) with the
United States Department of Homeland Security, U.S.
Immigration and Customs Enforcement (ICE), Homeland
Security Investigations (HSI), presently assigned to
Fresno, California. I have been employed as an HSI Special
Agent for over ten years. Part of my responsibilities with
HSI include investigations of criminal violations relating
to child exploitation and child pornography including
violations pertaining to the illegal production,
distribution, receipt and possession of child pornography,
in violation of 18 U.S.C. §§ 2252(a) and 2252A. I have
received training in the areas of child pornography and
child exploitation, and as part of my duties have observed
and reviewed numerous examples of child pornography (as
defined in 18 U.S.C. § 2256) in all forms of media,
including computer media.   I am a graduate of the Federal
Law Enforcement Training Center's Criminal Investigator
Training Program and the United States Customs Service
Basic Enforcement School, where I received extensive
training in the investigation of federal violations

1

including child pornography.  I have been trained in the
area of child pornography and exploitation, computers, and
how the Internet is used to transmit child pornography and
exploit children.  During the course of my duties I have
been the investigating officer and Affiant of applications
for numerous search warrants relating to federal child
pornography investigations.  Prior to becoming an U.S.
Customs/HSI Special Agent, I was employed as a Police
Officer for the City of Gulfport, Mississippi.

      2.   This affidavit is made in support of a criminal
complaint for David HUME of Fresno, California for
violating the following federal statutes:

          a.  18 U.S.C. § 2252(a)(2), which makes it a
          crime for any person to receive or distribute
          material involving the sexual exploitation of
          children, and

          b.  18 U.S.C. § 2422(b), which makes it a crime
          to use the mail or any facility or means of
          interstate or foreign commerce to knowingly
          persuade, induce, entice, or coerce any
          individual who has not attained the age of 18
          years, to engage in prostitution or any sexual
          activity for which any person can be charged with
          a criminal offense, or attempts to do so.

      3.   The information contained in this affidavit is
based upon my personal observations and training and, where
noted, information related to me by other law enforcement
officers and/or agents.

      4.   The Homeland Security Investigations (HSI) Fresno
office and the Central California Internet Crimes Against
Children Task Force (ICAC) is presently conducting a child

pornography and child exploitation investigation involving
David HUME of 5188 East Ashlan #110, Fresno, CA 93727.

5.    The investigation was initiated as part of
efforts by HSI/Fresno and the Central California ICAC Task
Force to identify, locate, and apprehend persons utilizing
peer-to-peer file-sharing technology to obtain and/or make
available for distribution images of child pornography.  As
part of this effort, agents identified an Internet Protocol
(IP) address, 67.181.195.22, utilized by a computer
connected to a peer-to-peer network that had approximately
9 files known to contain child pornography.  The IP address
was subsequently traced, via investigative methods, to a
residence located at 5188 East Ashlan #110, Fresno, CA
93727.

6.    On January 30, 2013, agents from HSI Fresno and
the ICAC Task Force executed a state search warrant at 5188
East Ashlan #110, Fresno, CA 93727.  Upon arrival at the
residence, agents made contact with David HUME outside of
the residence.  After the completion of a safety sweep of
the residence, HUME was escorted back inside.  Once inside,
HUME was escorted to an upstairs bedroom to be interviewed
by your Affiant and Fresno County Sheriff's Office
Detective David Rippe.  Once in the room, Detective Rippe
advised HUME that he was not under arrest and was free to
leave.  He also advised HUME of his Miranda rights using
the ICE Statement of Rights Form.  HUME waived his rights
by signing the form and agreed to be interviewed.

7.    HUME stated he currently resides with his mother
at 5188 East Ashlan, #110, Fresno, CA 93727.  HUME and his
mother currently use the Internet provider Comcast.  A
password protected wireless modem is utilized for Internet
access on his computer and his cellular phone. HUME stated

3

he uses a computer program called "Shazaa" (Shareaza) which is a
peer to peer program that he uses to get Star Wars and Star Trek
movies.  HUME further stated as soon as he started downloading
files with the software, he started getting all types of
pornography on his computer that varied in age from "kids stuff
to adult stuff."  He said he tried to delete the files and they
would keep coming back.  He also said "he knew the movies would
be in a "Shazaa" folder and that they were there now."  HUME
explained the videos as "kids with kids, and guys with guys
having sex."  He estimated the age of the children to be 10 years
of age and up.

     8.  HUME told your Affiant and Detective Rippe that
he knew it was illegal to have the videos, and that his
friend "Ruben" kept sending them to him on his cell phone
via text messages.  He also stated that some of the titles
of the files on his computer were "bibcam" and "pthc."  He
said "I'm not gonna lie, it was very interesting."  When
asked of the search terms he used, HUME responded by saying
"young boy" and "boy on man."  Detective Rippe showed HUME
a list of files including ones with the titles "Two 16yo
fuck 13yo" and "[boy man]."  HUME agreed that the files
were on his computer.  When asked if he was seeking out
videos of kids engaged in sex with adults or engages in
sexual act with themselves, HUME stated he wasn't going to
lie and that it appeared that way.

     9.  HUME told your Affiant and Detective Rippe that
he didn't feel like he had an addiction, and that he last
viewed this type of material was a few days prior.  HUME
also stated he would masturbate while watching the videos
and received gratification from them.

     10.  When asked again about "Ruben," HUME stated he
and "Ruben" first met on Craigslist by responding to a post

4

that "Ruben" put on the site.  Once they started chatting,
"Ruben" asked if HUME was into "young."  HUME asked "Ruben"
if he was referring to under 18 and he responded "yes."  At
that point, HUME and "Ruben" started sending each other
clips of underage boys engaged in sex.  When asked if he
had ever met "Ruben" or anyone else from Craigslist, HUME
stated that he has never met "Ruben," but has met other
adults.

    11.  HUME later admitted that he has never tried to
get the child pornography files off of his computer, and
that anything that was found on the computer, was put there
by him.

    12.  At the conclusion of the interview, your Affiant
and Detective Rippe escorted HUME back downstairs to the
living room of the residence.  While downstairs, Detective
Rippe began to assist in the forensic examination of HUME's
computer and was informed by Tulare Police Department
Detective Brian Haney that child pornography videos were
discovered.  Detective Rippe viewed a video with the file
name "[boy+boy] 12yo and 14yo blow and fuck for a long
time.Hires.Gay,Pedo,Preteen,PJK..mpg."  The video depicted
a male child orally copulating the erect penis of another
child.  It also showed a male child insert his erect penis
into the anus of another child.  After viewing the video,
Detective Rippe confirmed that it had the same scene as one
of the child pornography videos that he partially
downloaded from HUME during the course of his
investigation.

    13.  While waiting downstairs, HUME appeared very
nervous and began to pace about the living room.  HUME then
asked Detective Rippe if he could go back upstairs and tell
him something else.  At that time, your Affiant and

5

Detective Rippe escorted HUME back upstairs. HUME informed your Affiant and Detective Rippe that he had some text messages on his cell phone between him and an underage boy that he actually met in person. HUME stated that he met him in person after he started chatting with him on Craigslist. He said the boy had an ad on Craigslist in the Men for Men section. HUME further stated that he met the boy about 2 to 3 weeks prior at a park in Selma, California. He said he initially thought the boy was over 18, but said after meeting him in person that he looked very young. He said the boy told him he was 14 years old. HUME said he asked the boy how old he was when they first started chatting, and the boy said he was young. HUME said he thought that meant 18. HUME said the boy wanted to meet in person to have sex, so he agreed to meet him. HUME said after meeting him, he decided not to do anything since he was so young. He said he has continued communications with the boy, and that they both said they missed each other. HUME said he wanted to be forthcoming and make sure that agents knew.

14. At the conclusion of the search warrant, HUME was arrested by Detective Rippe for violation of California Penal Code Sections 311.11(a) and PC 311.2(b). HUME's desktop computer and other items were seized during the warrant.

15. Detective Haney also discovered that HUME was having a chat conversation with Skype ID "███████, ███████." In this conversation, "███████ states that he has been to Thailand and paid to have sex with an 8-year-old boy. HUME responds by saying that he is interested in boys from 5-12 years old and that he has had sex with an 8-year-old boy that he "got off the streets in Mexico." HUME also

added that he is planning a trip to Thailand in the upcoming months.

16. On February 11, 2013, Detective Haney contacted Detective Rippe and informed him that while conducting a forensic exam of HUME's iPhone, he had located a SMS text conversation between HUME and an underage boy from Selma, California. Detective Haney said it appeared that the boy was about 13 years old, and that the boy sent a photograph of his penis to HUME. On the bottom of the photograph, there was a tag that stated the minor's name ("Confidential Victim"). Based on the name posted on the photograph, Detective Rippe contacted Selma Police Detective Josh Johnson and asked for his assistance in locating any children in Selma with that name who was about 13 years old. Detective Johnson later contacted Detective Rippe and told him that (Confidential Victim) is a student at a school in Selma.

17. On February 12, 2013, Detective Haney provided Detective Rippe a copy of the cell phone examination report of HUME's iPhone. Attachment D of Detective Haney's report included a PDF copy of chats between HUME and a subject using the phone number "18603234006," which was later determined to be the phone number for (Confidential Victim).

18. Detective Rippe reviewed these chats and could see they started on January 16, 2013, at 1822 hours UTC, which would be 1022 hours PST. The first message in the chat was a photograph, sent by (Confidential Victim) to HUME. Further investigation would reveal that this was a photograph that (Confidential Victim) took looking down at his exposed penis. HUME responded about a minute later, "Hot pic boy. I would love to see that in person."

19.   As Detective Rippe continued to read the chats, it was clear that HUME and (Confidential Victim) had a sexual conversation which led to them meeting in person at Shaffer Park in Selma, California.  The following, is a partial excerpt of the chats between (Confidential Victim) and HUME:

On January 16, 2013 at 1022 hours PST (Confidential Victim) sent HUME a photograph of his exposed penis. HUME responded at 1023 hours, "Hot pic boy.  I would love to see that in person."  (Confidential Victim) wrote at 1024 hours, ":D."  HUME then responded at 1024 hours, "So can I? And when did you get hair down there."  HUME and (Confidential Victim) continued to send messages and at 1027 hours HUME wrote, "That's so hot.  So would you be down to meet up?"  (Confidential Victim) responded at 1027 hours, "Yes send me a pic of your full bod."  HUME sent (Confidential Victim) a photograph and at 1046 hours wrote, "Cool.  So would you be down to meet up?"  (Confidential Victim) responded at 1046 hours, "I like your body," and again at 1047 hours, "Like where."  HUME wrote at 1047 hours, "Thanks.  And you look like you have a hot body too.  Well I could meet you somewhere and pick you up and we can go.  Then I can take you back." (Confidential Victim) responded at 1048 hours, "Well I live in Selma."  HUME wrote at 1049 hours, "That's ok. I can drive to you if that's cool with you?  And just tell me where to pick you up at."  (Confidential Victim) responded at 1050 hours, "And this is my first time.have you ducked other guys."  The next message was from (Confidential Victim) to HUME at 1051 hours, "I meant fucked its auto correct."  HUME and

8

(Confidential Victim) continued to send sexual
messages to each other and appeared to have sent
pictures of their penises to each other via email.
(Confidential Victim) also sent additional pictures of
his penis to HUME via phone picture messages.   At
about 1148 hours, after exchanging pictures, HUME
wrote, "Very hot.  I can't wait to see it in person."
(Confidential Victim) responded at 1150 hours, "So
what do you want to do pick me up and take me to your
place or like go.to the theaters and watch a movie.I
give you hand or prob some head to?"   HUME responded
at 1151 hours, "Pick you up. And come back to my place
and play."  (Confidential Victim) then wrote at 1154
hours, "Ok have you been to Selma."   HUME responded at
1155 hours, "Yes I have been to Selma.  Just tell me
where to go. Are you wanting to meet up today or
tomorrow? I have to be at work today at 330pm."   HUME
and (Confidential Victim) continued their messages and
agreed to meet at Shaffer Park at 1300 hours in Selma,
California.   HUME sent (Confidential Victim) a message
on January 16, 2013 at 1315 hours PST, "Well I am here
now."  (Confidential Victim) responded at 1319 hours,
"Ok."  HUME wrote at 1320 hours, "How long tell your
here."   The next two messages were from (Confidential
Victim) to HUME at 1531 hours, "You don't have Arda
right cause then my life would be ruined.  I meant
STDs."

20.  Detective Rippe read the rest of the messages and
could tell that HUME and (Confidential Victim) had engaged
in sexual acts after the first meeting.  The following, is
a partial excerpt of additional chats between HUME and

(Confidential Victim) starting with messages sent on
January 16, 2013:

> At 1532 hours, HUME responded to the last message by
> saying, "No. I am very clean. I have no STD's. so
> don't worry." (Confidential Victim) wrote at 1535
> hours, "Ohhh alright now I no we can do that again did
> you like :D was I good for the first time??"  HUME
> responded, "I loved it.  Did you like it too?"
> (Confidential Victim) then wrote at 1540 hours, "Yes
> but hurt alittle."  HUME responded at 1544 hours, "I
> am sorry.  I hope that I didn't hurt you.  And did you
> like mine?"  At 1634 hours (Confidential Victim)
> responded, "I liked it alot felt great."  At 1646
> hours HUME wrote, "It's ok. Was my cock ok?"
> (Confidential Victim) responded at 1648 hours, "It
> tasted great."  They continued to correspond and at
> 2224 hours (Confidential Victim) wrote, "So does this
> mean I lost my virginity."  HUME responded at 2224
> hours, "No not yet."  (Confidential Victim) wrote at
> 2231 hours, "But you put it in me."  HUME responded at
> 2231 hours, "Not all the way."

Detective Rippe continued to read the messages and could
tell that HUME and (Confidential Victim) arranged another
meeting and appeared to have engaged in additional illegal
sexual acts:

> On January 19, 2013 at about 0913 hours (Confidential
> Victim) wrote, "So are already coming to pick me up?"
> HUME responded at 0914 hours, "Yea."  At 0948 hours
> HUME wrote, "I am exiting the 99 now."  At 0951 hours
> he wrote, "I am here waiting for this train."  At 0954
> hours HUME wrote, "I am here."  The next message sent
> was from (Confidential Victim) to HUME at 1350 hours,

"I wanted you you to put your cock up my ass."   HUME
responded at 2152 hours, "I wanted In your ass too."
At 1356 hours (Confidential Victim) wrote, "Yea but
you were in ahurry."   HUME responded at 1400 hours, "I
know.   Next time."

With this information, Detective Rippe arranged to have
Selma Police Detective Johnson contact (Confidential
Victim's) school and have him brought to the office so he
could be interviewed.

21.   On February 12, 2013, Fresno County Sheriff's
Detective Virginia Rodriguez and Detective Rippe drove to
(Confidential Victim's) school in Selma, California.   Prior
to speaking to (Confidential Victim), Detective Rodriguez
spoke with his father and advised him that she would need
to speak with his son.

22.   Detective Rodriguez and Detective Rippe spoke
with (Confidential Victim) and obtained a statement from
him.   (Confidential Victim) told them that he had created a
Craigslist ad under the personals section.   HUME responded
to (Confidential Victim's) ad by sending him an email.
(Confidential Victim) told HUME he was 13-years-old and
HUME said that was okay.   (Confidential Victim) and HUME
began corresponding by email and also by cellular phone
text messages.   (Confidential Victim) used an app on his
phone called "textplus" so HUME would not know his real
phone number.   This app generated the phone number
"18603234006."

23.   (Confidential Victim) told Detectives Rodriguez
and Rippe that he took a picture of his penis and sent it
to HUME's phone.   (Confidential Victim) and HUME began
discussing meeting each other in person for the purpose of
engaging in sexual acts.   On January 16, 2013,

11

(Confidential Victim) told HUME to meet him at Shaffer Park in Selma, California. HUME told (Confidential Victim) he would drive there in his black H3 Hummer.

24. (Confidential Victim) told Detectives Rodriguez and Rippe that HUME picked him up on January 16, 2013 around 1300 hours PST and they drove to HUME's apartment in Fresno, California. While they were at the apartment, HUME performed oral sex on (Confidential Victim's) penis and also used his tongue to lick (Confidential Victim's) anus. HUME also partially inserted his penis into (Confidential Victim's) anus. (Confidential Victim) said he performed oral sex on HUME's penis. After completing these acts, HUME drove (Confidential Victim) back to Selma, California and dropped him off near the park.

25. (Confidential Victim) told Detectives Rodriguez and Rippe that he and HUME continued to correspond with each other after their first meeting and continued to have sexual conversations via phone messages. (Confidential Victim) and HUME arranged to meet a second time. On January 19, 2013, HUME drove to Selma, California and picked (Confidential Victim) up again. They drove to HUME's apartment but HUME saw that his mother's car was there. HUME then drove (Confidential Victim) to a different house in Fresno, California. While they were there, (Confidential Victim) performed oral sex on HUME's penis. HUME performed oral sex on (Confidential Victim's) penis and also used his tongue to lick (Confidential Victim's) anus. After completing these acts, HUME drove (Confidential Victim) back to Selma and dropped him off.

26. Detective Rodriguez and Detective Rippe created a photo lineup that contained HUME's photograph. (Confidential Victim) positively identified David HUME as

the person who he communicated with and engaged in the sexual acts with.

27.   (Confidential Victim) gave Detective Rippe consent to logon to his email account that used to communicate with HUME.  Detective Rippe logged onto the account and (Confidential Victim) pointed to the messages sent between him and HUME.  Detective Rippe read the messages and saw that (Confidential Victim) clearly told HUME he was 13-years-old at the beginning of their initial conversation.  It was also clear after reading the messages that HUME traveled to meet with (Confidential Victim) for purposes of engaging in illegal sex acts.

28.   After obtaining (Confidential Victim's) statement, Detective Rippe contacted your Affiant and they drove to HUME's apartment.  His mother answered the door and said HUME was at a movie in Clovis with friends. Detectives with the Fresno County Sheriff's Office located HUME's black H3 Hummer at the movie theater and detained him.   HUME was transported to Fresno County Sheriff's Office Headquarters and interviewed by Detective Rodriguez and Detective Rippe.

29.   Prior to the interview, Detective Rippe read HUME his Miranda rights from a U.S. Immigration and Customs Enforcement Statement of Rights form.  HUME understood his rights and signed the waiver at the bottom of the form. During the interview, HUME admitted that he knew (Confidential Victim) was 13-years-old.  He admitted that he drove to Selma, California and picked (Confidential Victim) up.  HUME told detectives they drove to his apartment in Fresno, California.  While at the apartment, HUME performed oral sex on (Confidential Victim's) penis, licked (Confidential Victim's) anus with his tongue, and

13

partially inserted his penis into (Confidential Victim's)
anus.  HUME told detectives that (Confidential Victim)
performed oral sex on his penis.  After completing these
acts, HUME drove (Confidential Victim) back to Selma,
California and dropped him off.

30.  HUME told detectives he continued to communicate
with (Confidential Victim) via cell phone text messages and
they arranged another meeting several days later.  On
January 19, 2013, HUME picked (Confidential Victim) up in
Selma, California.  HUME took (Confidential Victim) to his
grandmother's house in Fresno, California.  While there,
HUME performed oral sex on (Confidential Victim's) penis
and used his tongue to lick his anus.  (Confidential
Victim) performed oral sex on HUME's penis.  After
completing these acts, HUME drove (Confidential Victim)
back to Selma, California and dropped him off.

31.  HUME and (Confidential Victim) continued to
communicate up until the point he was arrested on January
30, 2013.  After HUME was released from jail, he sent
(Confidential Victim) a message and told him they needed to
stop talking to each other.

32.  Based upon my training and experience, these
videos and images on HUME's cellular phone and computer
constitute child pornography, as defined by 18 USC 2256.  I
also believe these files were obtained via the Internet and
interstate and foreign commerce.

33.  Because this affidavit is written solely for the
purpose of establishing probable cause for issuance of a
criminal complaint, not all results of this investigation
have been included herein.

34.  Based upon the above facts and information, I
submit there is probable cause to believe that defendant,

David HUME, has violated 18 U.S.C. § 2252(a)(2), which makes it a crime for any person to receive or distribute material involving the sexual exploitation of children, and 18 U.S.C. § 2422(b), which makes it a crime to use the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

John Simmons, Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations


Sworn to before me, and subscribed in my presence,
This 13th day of February 2013.

Hon. Sheila K. Oberto
United States Magistrate Judge