AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
FEB 14 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America
v.
David HUME

)
)
)
)
)

Case No. 1:13-mj-00040 SKO

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* David HUME ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2252(a)(2) - Receipt/Distribution of Child Pornography
18 U.S.C. 2422(b) - Coercion/Enticement of a Minor

Date: February 14, 2013

_____
Issuing officer's signature

City and state: Fresno, California

Sheila K. Oberto, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2-14-13 , and the person was arrested on *(date)* 2-12-13
at *(city and state)* Fresno, CA .

Date: 2-14-13

_____
Arresting officer's signature

John Simmons Special Agent
*Printed name and title*