No. _____

1:13-CR-00076 - AWI BAM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

FILED

FEB 28 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK
S. MARTIN-GILL

THE UNITED STATES OF AMERICA

*vs.*

DAVID THOMAS HUME

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2252(a)(2) - RECEIPT OR DISTRIBUTION OF MATERIAL INVOLVING THE SEXUAL EXPLOITATION OF MINORS;
18 U.S.C. § 2422(b) - COERCION AND ENTICEMENT;
18 U.S.C. § 2253 - FORFEITURE

*A true bill,*

/s/
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____, *A.D. 20* _____

**NO BAIL WARRANT**

_____
*Clerk.*

*Bail, $* _____

B. McAuliffe  2/28/13

GPO 863 525

AO 257
(Rev. 5/2003)

**Yes: SKO** conflict in USAO (Before 4/12/10) PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY:

- [ ] COMPLAINT
- [ ] INFORMATION
- [x] INDICTMENT
- [ ] SUPERSEDING INFORMATION
- [ ] SUPERSEDING
- [ ] SEALED    Court No. _____

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO, CALIFORNIA**

### OFFENSE CHARGED

Receipt or Distribution of Material Involving the Sexual Exploitation of Minors; Coercion and Enticement; Forfeiture

- [ ] Petty
- [ ] Minor
- [ ] Misdemeanor
- [x] Felony

| Place of Offense: | Fresno |
|---|---|
| USC Citations: | |
| 18/2252(a)(2); 18/2422(b) | |
| 18/2253(a) | |

### DEFENDANT -- U.S. vs.

**DAVID THOMAS HUME**

Address: 1:13 CR 00076 - AWI BAM

Birth Date: _____

[x] Male   [ ] Female   ___ Alien (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

SA Simmons/HSI

- [ ] this person is awaiting trial in another Federal or State Court, give name of court.
- [ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District
- [ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  - [ ] U.S. Att'y
  - [ ] Defense
  
  } SHOW DOCKET NO. _____

- [ ] this prosecution relates to a pending case involving this same defendant
- [ ] prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
  
  MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing information on

THIS FORM: Maria G. Robles

[ ] U.S. Att'y   [ ] Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Brian W. Enos

[ ] ADD FORFEITURE UNIT (Check if Forfeiture Allegation)

### DEFENDANT

**IS NOT IN CUSTODY**

1) [x] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges _____
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District) _____

**IS IN CUSTODY**

4) [ ] On this charge
5) [ ] On another conviction   [ ] Fed'l   [ ] State
6) [ ] Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?
___ Yes
___ No
If "Yes" give date _____

DATE OF ARREST ▶ Mo. ___ Day ___ Year ___

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▶ Mo. ___ Day ___ Year ___

[ ] This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

*Please issue no bail warrant*

PENALTY SLIP

DEFENDANT:      DAVID THOMAS HUME                1:13 CR 00076 - AWI BAM

VIOLATION:      18 U.S.C. § 2252(a)(2) -
                Receipt or Distribution of Material
                Involving the Sexual Exploitation
                Of Minors
                (Count 1)

PENALTY:        5-20 years imprisonment
                $250,000 dollar fine
                Lifetime supervised release
                $100 special assessment

VIOLATION:      18 U.S.C. § 2422(b) -
                Coercion and Enticement
                (Count 2)

PENALTY:        Minimum of 10 years imprisonment
                $250,000 fine
                Lifetime supervised release
                $100 special assessment

VIOLATION:      18 U.S.C. § 2253-Criminal Forfeiture

PENALTY:        Forfeiture-as indicated in the Indictment