**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
2350 W. Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile


Attorney for Defendant,
DAVID THOMAS HUME

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID THOMAS HUME,<br><br>Defendant | Case No.: 1:13-CR-00076 BAM-AWI<br><br>**STIPULATION AND ORDER FOR CONTINUANCE FOR STATUS CONFERENCE**<br><br>DATE:   December 9, 2013<br>TIME:   1:00 p.m. |

It is hereby stipulated by and between Brian Enos, Assistant United States Attorney, and Dale A. Blickenstaff, attorney for DAVID THOMAS HUME, that the Status Conference set for December 9, 2013 at 1:00 p.m. be continued to January 13, 2014 at 1:00 p.m.

The defense has not received the report of the defense expert. It is expected in about 10 days time, but additional time is necessary for analysis by the defense.

The parties agree that the time between the date of this stipulation and the new status conference hearing date of January 13, 2014 at 1:00 p.m., shall be excluded in the interests of justice, including but not limited to continuity of counsel and reasonable time necessary for effective preparation pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

///

For the reasons set forth above, the parties respectfully request that the hearing scheduled for December 9, 2013 at 1:00 p.m. be continued and a new status conference be scheduled for January 13, 2014 at 1:00 p.m.

Dated: December 5, 2013                                   Respectfully submitted,


                                                          By /S/   Brian Enos
                                                          BRIAN ENOS, Assistant United States
                                                          Attorney


Dated: December 5, 2013                                   Respectfully submitted,


                                                          By /S/ Dale A. Blickenstaff
                                                          DALE A BLICKENSTAFF, Attorney for
                                                          Defendant, DAVID THOMAS HUME


**IT IS SO ORDERED.**

5th Status Conference is continued from December 9, 2013 at 1:00 p.m. to January 13, 2014 at 1:00 p.m. before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

Dated:   **December 5, 2013**         /s/ *Barbara A. McAuliffe*

                                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR CONTINUANCE FOR STATUS CONFERENCE

2