BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO.** 1:13-CR-00076-AWI |
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| DAVID THOMAS HUME, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant David Thomas Hume, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2253, defendant David Thomas Hume's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.  Silver Computer tower, seized from defendant by law enforcement on or about January 30, 2013;

    b.  Seagate 500 GB internal hard drive, seized from defendant by law enforcement on or about January 30, 2013;

    c.  iPhone 4s, Model A1387,  seized from defendant by law enforcement on or about January 30, 2013; and

d. Computers, compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about January 30, 2013.

2.     The above-listed property constitutes property which contains visual depictions mailed, shipped, or transported, in violation of 18 U.S.C. § 2252(a)(2) or was used or intended to be used to commit or to promote the commission of the aforementioned violation.

3.     Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the  Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection in its secure custody and control.

4.     a.     Under 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.     This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all
///

1  interests will be addressed.

2
3  IT IS SO ORDERED.

4  Dated:   March 20, 2014   _____
                            SENIOR  DISTRICT  JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28