# DALE A. BLICKENSTAFF
Attorney at Law
7042 N. West Avenue, #140
Fresno, California 93711
(559) 389-0239 Telephone
(559) 431-2202 Facsimile

April 27, 2014

# FORMAL OBJECTIONS and SENTENCING MEMORANDUM

Re: **United States of America v. David Thomas Hume**
Case No.: 1:13-cr-00076-001 AWI

Dear Judge Ishii:

## FORMAL OBJECTIONS

1. Paragraph 21 of the Presentence Investigation Report ("PSR") uses the language of U.S.S.G. 2G2.2(b) (3) (B) in that Defendant distributed child pornography for receipt of a thing of value, however, the PSR assigns an enhancement of two rather than five. In the draft PSR, the same language was used, but the recommended enhancement was five levels. Both the government and defense informally objected saying the correct enhancement should be two levels and not five because there was an inability to prove the Defendant received anything of value in exchange for files he distributed. Accordingly, the PSR recommendation was changed from five levels to the "catch all" distribution enhancement of two.

However, the language of paragraph 21 was not changed and still reflects justification for the greater enhancement.

Therefore, the paragraph should be changed as follows: Pursuant to 2G2.2 (b) (3) (F), if the offense involved distribution other than distribution described in subdivisions (a) through (e), increase by 2 levels.

2. The Sentencing Recommendation and Justification on page 13 and at paragraph 76 of the PSR recommend that the Defendant, when released from prison be supervised for life. The plea agreement provided that supervised release be imposed for a period of 180 months.

The plea agreement was reached pursuant to Federal Rules of Criminal Procedure 11 (c) (1) (C) which was accepted by the court at the time of the entry of the plea on February 24, 2014.

The defense respectfully requests the court to impose of term of supervised release of 180 months.

## **SENTENCING MEMORANDUM**

Because of Defendant's use or abuse of alcohol, he respectfully requests the court to recommend he be allowed to attend the 500 hour substance abuse program while he is imprisoned.

In addition, Defendant requests the court to recommend he be placed at the Federal Institution at Lompoc, California.

Very truly yours,

DALE A. BLICKENSTAFF

DAB/yz